**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE MORTGAGE PARTNERSHIP OF AMERICA, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEND ONE, L.L.C., )<br>)<br>Defendant. )<br>) | Case No. 4: 05 CV 00405 HEA |

**ORDER**

The Court has been informed that defendant has failed to comply fully with the terms of the Settlement Agreement by having failed to transfer the internet domain LENDONE.COM to plaintiff and, therefore, hereby grants plaintiff's Motion to Enforce Settlement.

IT IS, THEREFORE, HEREBY ORDERED THAT defendant, Lend One, L.L.C., the successor-in-interest to Competitive Mortgage, transfer the domain name registration LENDONE.COM to the plaintiff, The Mortgage Partnership of America, L.L.C.

IT IS FURTHER ORDERED THAT the domain name registrar, Network Solutions, upon receipt of this Order, shall effectuate the above mentioned transfer in accordance with the instructions of counsel for The Mortgage Partnership of America, L.L.C.

SO ORDERED:

_____
Honorable Henry E. Autrey
U.S. District Judge, Eastern District of Missouri

Dated: 9-5-07